**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 14-00113-VAP (SPx)                              Date:  February 7, 2014

Title:   CHRISTIE L. REED -v- FEDERAL NATIONAL MORTGAGE ASSOCIATION, EDWARD R. SEIDNER, JOYCE SEIDNER, JAMES W. REDFERN TRUSTEE OF THE 2002 JAMES W. REDFERN REVOCABLE TRUST, CHICAGO TITLE INSURANCE COMPANY, AND ROES 1 THROUGH 100, INCLUSIVE
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     MINUTE ORDER DISMISSING COMPLAINT (DOC. NO. 1) WITH PREJUDICE (IN CHAMBERS)

       On January 17, 2014, Plaintiff Christie L. Reed ("Plaintiff") filed a Complaint against Defendants Federal National Mortgage Association, Edward R. Seidner, Joyce Seidner, James W. Redfern, and Chicago Title Insurance Company (collectively, "Defendants").  (Doc. No. 1.)  Plaintiff asserts the following claims in the Complaint: (1) quiet title – Winn Drive Property; (2) quiet title – Budlong Property; (3) cancellation of instruments – Winn Drive Property; (4) cancellation of instruments – Budlong Property; (5) slander of title; (6) slander/libel; and (7) intentional inference with contractual relations.  (Compl. at 1.)  Plaintiff alleges she is a California resident, and "[a]ll Defendants are either citizens of California and/or authorized to

EDCV 14-00113-VAP (DTBx)
CHRISTIE L. REED v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.
MINUTE ORDER of February 7, 2014

do business in California."  (Id. ¶¶ 1, 2.)  The Court thus finds it lacks subject matter jurisdiction over this action.

The Court also notes Plaintiff filed in this Court an earlier case arising from the same transactions and events.  (See First Amended Complaint, Christie L. Reed v. Federal National Mortgage Association, et al., No. EDCV13-940-VAP (SPx) ("2013 Action"), ECF No. 10.)  In the First Amended Complaint filed in the 2013 Action, which currently is being litigated, Plaintiff asserts the same claims against certain Defendants in this case, which the Court dismissed for failure to state a claim.  (See Order Granting Defendants' Motions to Dismiss, 2013 Action, ECF No. 87; Order Dismissing Defendants Federal National Mortgage Association and Chicago Title Insurance Company from First Amended Complaint Without Prejudice, 2013 Action, ECF No. 126.)  In the Complaint in this action, Plaintiff improperly brings the same dismissed claims against the same Defendants.

Accordingly, the Court DISMISSES the Complaint WITH PREJUDICE.

**IT IS SO ORDERED.**