**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE L. REED, | Case No. EDCV 14-00113-VAP (DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, EDWARD R. SEIDNER, JOYCE SEIDNER, JAMES W. REDFERN TRUSTEE OF THE 2002 JAMES W. REDFERN REVOCABLE TRUST, CHICAGO TITLE INSURANCE COMPANY, AND ROES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 7, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge